[No. 71845-2-I. Division One. August 24, 2015.]

JULIE ANN THOMAS, *Appellant*, v. J.R. LEVASSEUR ET AL., *Respondents*.

 by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ.

[No. 71951-3-I. Division One. August 24, 2015.]

ZHAOYUN XIA ET AL., *Appellants*, v. PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, ET AL., *Respondents*.

 by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Lau, J.

[No. 71955-6-I. Division One. August 24, 2015.]

PAULA TERRELL, *Respondent*, v. GORDON HAMILTON, *Appellant*.

 by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Cox, J. Now published at 190 Wn. App. 489.

[No. 72123-2-I. Division One. August 24, 2015.]

NORIO MITSUOKA, *Appellant*, v. FUMOTO ENGINEERING OF AMERICA, INC., ET AL., *Respondents*.

 by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Appelwick, J.